■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIANA DIXON, Appellant. [732 NYS2d 178] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Friedman, J.), rendered July 2, 1999, convicting her of bribe receiving in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People failed to establish her guilt of bribe receiving in the third degree (*see*, Penal Law § 200.10) is not preserved for appellate review (*see*, CPL 470.05 [2]; *People v Gray*, 86 NY2d 10; *People v Udzinski*, 146 AD2d 245, 250). In any event, viewing the evidence in the light most favorable to the People (*see*, *People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see*, CPL 470.15 [5]). Altman, J. P., Friedmann, Schmidt and Adams, JJ., concur.